SMITH v. SMITH

No. 668PA84.

Case below: 71 N.C. App. 242.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 30 January 1985.

STANLEY v. NATIONWIDE MUT. INS. CO.

No. 673P84.

Case below: 71 N.C. App. 266.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 January 1985.

STATE v. ALLEN

No. 599P84.

Case below: 70 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 January 1985. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 30 January 1985.

STATE v. BAIZE

No. 2P85.

Case below: 71 N.C. App. 521.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 January 1985. Petition by defendant for writ of supersedeas and temporary stay denied 30 January 1985.

STATE v. COONEY

No. 84A85.

Case below: 72 N.C. App. 649.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 14 February 1985.